Dariush G. Adli, SBN 204959
  adli@adlilaw.com
Ben Jakovljevic, SBN 301523
  ben.jakovljevic@adlilaw.com
ADLI LAW GROUP, PC
700 South Flower St., Suite 1220
Los Angeles, California 90017
Telephone: (213) 623-6546

Attorneys for Defendant
FRED W. PLOTKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> FRED W. PLOTKE, an individual; and Does 1-10, <br><br> Defendants. | Case No.: 2:20-cv-02186-CJC-KS <br><br> Honorable Cormac J. Carney <br><br> **NOTICE OF OPPOSITION TO MOTION FOR DEFAULT JUDGMENT BY COURT AS TO DEFENDANT FRED W. PLOTKE** <br><br> **Hearing Date: August 10, 2020** <br> **Time:        1:30 p.m.** <br> **Courtroom:   7C** |

**TO THE HONORABLE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that Defendant FRED W. PLOTKE ("Defendant") submits the filed Motion to Set Aside Default (Dkt no. 17) as his Opposition to Plaintiff ANTHONY BOUYER's ("Plaintiff") Motion for Default Judgment by Court as to Defendant Fred W. Plotke.

ADLI LAW GROUP, P.C.

Dated: July 20, 2020

*/s/ Dariush G. Adli*
Dariush G. Adli, Esq.
Ben Jakovljevic, Esq.
Attorneys for Defendant
FRED W. PLOTKE