1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**CENTRAL DISTRICT OF CALIFORNIA**

9

**SOUTHERN DIVISION**

10

| | |
|---|---|
| **ANTHONY BOUYER** | **CASE NO.** |
|       **Plaintiff(s),** |  **2:20–cv–02186–CJC–KS** |
| **v.** | **NOTICE OF INTENT** |
| **FRED W. PLOTKE, et al.** | |
|       **Defendant(s).** | |

11
12
13
14
15
16
17
18
19

    **TO ALL COUNSEL OF RECORD**, notice is hereby given that on

20

September 24, 2020, the Court will issue a Scheduling Order pursuant to

21

Federal Rule of Civil Procedure 16(b) establishing dates for the completion of

22

discovery, the filing of motions, pretrial conference, and trial in the above entitled

23

case. **No scheduling conference will be held unless ordered by the Court.**

24

    The parties are **HEREBY ORDERED** to hold an early meeting of counsel

25

not later than 21 days in advance of the above date, and to file a report of such

26

meeting not later than 14 days thereafter in accordance with Federal Rule of Civil

27

///

28

///

−1−

Procedure 26(f) and Local Rule 26−1. In scheduling the case, the Court will rely upon the pleadings, as well as the Rule 26(f) report. Counsel shall include in the report their choice of settlement procedure: the ADR Program or private mediation. The parties may not choose a settlement conference before a Magistrate Judge. The Court's ADR Program is described in the "ADR" section of the Court's website (http://www.cacd.ucourts.gov), which also contains the list of Attorney Settlement Officers and requisite ADR forms. Counsel are referred to Federal Rule of Civil Procedure 26(f) and Local Rule 26−1 for other specific requirements of the report. In addition, counsel are directed to provide the specific reasons for their selection of a particular discovery cutoff date.

　　　IT IS ORDERED that the Clerk of the Court shall serve copies of this Order on counsel for the parties in this matter.

**IT IS SO ORDERED.**

DATED: August 4, 2020

_____

Cormac J. Carney
United States District Judge